UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIXTEENTH AVE. TOWNHOMES CONDOMINIUM, <br><br> Plaintiff, <br><br> v. <br><br> MID-CENTURY INSURANCE COMPANY, et al., <br><br> Defendants. | C17-504 TSZ |
| SIXTEENTH AVE. TOWNHOMES CONDOMINIUM, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br> Defendants. | C17-1033 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' Stipulated Motion for Consolidation of Related Actions, docket no. 11, is GRANTED.  Case Nos. C17-504 and C17-1033 are hereby

1  CONSOLIDATED into one matter, for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C17-504. The Scheduling Order
2  issued in Case No. C17-504, docket no. 9, shall remain in full force and effect.

3      (2)    The Clerk is directed to close Case No. C17-1033 and send a copy of this Minute Order to all counsel of record.

4      Dated this 28th day of August, 2017.

5

6                  William M. McCool

                Clerk

7                  s/Karen Dews

                Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23