**Honorable Thomas S. Zilly**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SIXTEENTH AVE. TOWNHOMES CONDOMINIUM, a Washington non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>MID-CENTURY INSURANCE COMPANY, a California corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>    Defendants. | No. C17-504<br><br>**STIPULATED MOTION AND ORDER DISMISSING MID-CENTURY INSURANCE COMPANY** |
| SIXTEENTH AVE. TOWNHOMES CONDOMINIUM, a Washington non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOE INSURANCE COMPANIES 1-10,<br><br>    Defendants. | |

STIPULATED MOTION AND ORDER
DISMISSING MID-CENTURY INSURANCE COMPANY – 1
Cause No. 2:17-cv-00504-TSZ

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

# I. STIPULATION

Plaintiff Sixteenth Ave. Townhomes Condominium (hereinafter "Sixteenth Ave.") and Defendant Mid-Century Insurance Company, by and through their attorneys of record, hereby agree and stipulate that all claims against Defendant Mid-Century Insurance Company in this action shall be dismissed with prejudice and without fees or costs to either party.

DATED this 8th day of January, 2018.

| LETHER & ASSOCIATES, PLLC | STEIN, SUDWEEKS & HOUSER, PLLC |
|---|---|
| By: */s/ Thomas Lether*<br>Thomas Lether, WSBA #18089<br>By: */s/ Eric J. Neal*<br>Eric J. Neal, WSBA #31863<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>Telephone: 206-467-5444<br>Facsimile: 206-467-5544<br>tlether@letherlaw.com<br>eneal@letherlaw.com<br>ragny@letherlaw.com<br>*Attorneys for Defendant*<br>*Mid-Century Insurance Company* | By: */s/ Daniel Houser*<br>Daniel Houser, WSBA #32327<br>By: */s/ Jessica Burns*<br>Jessica Burns, WSBA #49852<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>Telephone: 206-388-0660<br>Facsimile: 206-286-2660<br>dhouser@condodefects.com<br>Jessica@condodefects.com<br>*Attorneys for Plaintiff Sixteenth Avenue*<br>*Townhomes Condominium* |

STIPULATED MOTION AND ORDER
DISMISSING MID-CENTURY INSURANCE COMPANY – 2
Cause No. 2:17-cv-00504-TSZ

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**ORDER**

Based on the Parties' foregoing Stipulation, it is hereby ORDERED that Defendant Mid-Century Insurance Company is dismissed from this action with prejudice and without fees or costs to either party.

DATED this 9th day of January, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

LETHER & ASSOCIATES, PLLC

By: */s/ Thomas Lether*
Thomas Lether, WSBA #18089
By: */s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
Telephone: 206-467-5444
Facsimile: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
ragny@letherlaw.com
*Attorneys for Defendant Mid-Century Insurance Company*

STIPULATED MOTION AND ORDER
DISMISSING MID-CENTURY INSURANCE COMPANY – 3
Cause No. 2:17-cv-00504-TSZ

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544